# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**MICHAEL D. MIDGETT,**

    **Plaintiff,**

**v.**                                         **Case No. 3:25cv2450-MCR-HTC**

**DONALD J. TRUMP,**
**ELON MUSK,**

    **Defendants.**

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on December 29, 2025. ECF No. 5. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this Order.

2.    Plaintiff Midgett's complaint, ECF No. 1, is DISMISSED as frivolous.

3.      The Clerk is directed to close the case file.

**DONE AND ORDERED** this 1st day of May 2026.


_M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**